**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | |
|---|---|
| REMI CHIU, BILAL ASKARYAR, SHIREE SOUTHERLAND, CARLZEN BALAGOT, KOURTNEY RUSOW, JACQUELINE SLATER, CALEB OBERST, STEPHEN PARZIALE, JENNIE CANNING, AND ELISA SEEHERMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>v.<br><br>TIAA BOARD OF GOVERNORS, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, COLLEGE RETIREMENT EQUITIES FUND, TEACHERS ADVISORS, LLC, TIAA-CREF INVESTMENT MANAGEMENT, LLC, TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC, TIAA TRUST, N.A., AND TIAA WEALTH INVESTMENT MANAGEMENT, LLC,<br><br>*Defendants*. | Case No. 1:26-cv-01230-ABA |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6), Defendants TIAA Board of Governors, Teachers Insurance and Annuity Association of America, College Retirement Equities Fund, Teachers Advisors, LLC, TIAA-CREF Investment Management, LLC, TIAA-CREF Individual & Institutional Services, LLC, TIAA Trust, N.A., and TIAA Wealth Investment Management, LLC (collectively, "Defendants"), move for dismissal of the Class Action Complaint (the "Complaint") in its entirety.

Plaintiffs are customers of Defendants who allege that they maintain TIAA retirement accounts and entered information into various TIAA online systems and financial tools. They bring five state-law wiretap claims under the Maryland Wiretapping and Electronic Surveillance Act, the California Invasion of Privacy Act, the Florida Security of Communications Act, the Massachusetts Wiretap Act, and the Pennsylvania Wiretapping and Electronic Surveillance Control Act on behalf of themselves and a proposed class of TIAA customers residing in those states. As detailed in the attached Memorandum of Points and Authorities, the Complaint must be dismissed because Plaintiffs lack Article III standing, the Complaint fails to plead personal jurisdiction or entity-specific conduct as required by Rules 8 and 12(b)(2), and the individual counts fail to state a claim under the applicable wiretap statutes.

Dated: May 29, 2026

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: */s/ Jessica L. Farmer*
Jessica L. Farmer (Bar No. 18978)
Sara J. Benson (Bar No. 30425)
800 17th Street N.W. Suite 1100
Washington, D.C. 20006
(202) 955-3000 (Telephone)
(202) 955-5564 (Fax)
Jessica.Farmer@hklaw.com
Sara.Benson@hklaw.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all counsel of record in this case.

*/s/ Sara J. Benson*___________
Sara J. Benson